J. J. CARROLL v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. J. J. CARROLL. Mrs. A. L. CARTER v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. Mrs. A. L. CARTER. Mrs. E. A. CARTER v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. Mrs. E. A. CARTER. Lillie N. CARTER v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. Lillie N. CARTER. Frank Haywood NELMS v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. Frank Haywood NELMS. R. D. RANDOLPH v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. R. D. RANDOLPH. Judson L. TAYLOR v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. Judson L. TAYLOR. A. L. CARTER, Administrator of Estate of Maude H. Carter, v. COMMISSIONER OF INTERNAL REVENUE, and COMMISSIONER OF INTERNAL REVENUE v. A. L. CARTER, Administrator of Estate of Maude H. Carter. Lena Carter CARROLL v. COMMISSIONER OF INTERNAL REVENUE. A. L. CARTER v. COMMISSIONER OF INTERNAL REVENUE. W. T. CARTER, Jr., v. COMMISSIONER OF INTERNAL REVENUE. Mrs. Frank Haywood NELMS v. COMMISSIONER OF INTERNAL REVENUE. Frankie Carter RANDOLPH v. COMMISSIONER OF INTERNAL REVENUE. Jessie Carter TAYLOR v. COMMISSIONER OF INTERNAL REVENUE.

Nos. 7228–7241.

Circuit Court of Appeals, Fifth Circuit.

April 26, 1934.

Palmer Hutcheson, of Houston, Tex., and Moultrie Hitt and G. Kibby Munson, both of Washington, D. C., for taxpayers.

Frank J. Wideman, Asst. Atty. Gen., Sewall Key and J. P. Jackson, Sp. Assts. to Atty. Gen., and E. Barrett Prettyman, Gen. Counsel, Bureau of Internal Revenue, and J. M. Leinenkugel, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., for the Commissioner of Internal Revenue.

Before BRYAN, FOSTER, and WALKER, Circuit Judges.

PER CURIAM.

The parties to the above numbered and entitled causes by written stipulation filed therein having agreed that the decision of this court in the first above numbered and entitled cause (70 F.(2d) 806) will control and be accepted by the parties to the other above numbered and entitled causes; and this court having rendered its decision in the first above numbered and entitled cause whereby the petition for review filed by the Commissioner of

Internal Revenue in that cause was denied, and the petition for review filed therein by J. J. Carroll was granted, and the order under review therein was reversed and that cause was remanded for further proceedings not inconsistent with the opinion of this court rendered therein; it is ordered that the petition for review filed by the Commissioner of Internal Revenue in each of the other above numbered and entitled causes be, and the same is, denied, and that the petition for review filed in each of said other above numbered and entitled causes by the other party thereto be, and the same is, granted, that the order under review therein be reversed, and that each of said other above numbered and entitled causes be remanded for further proceedings not inconsistent with the opinion of this court rendered in the first above numbered and entitled cause.

FOSTER, Circuit Judge (dissenting).

I concur in so far as the petitions of the Commissioner are denied, but I am unable to agree in the conclusions of the majority as to the other petitions.